**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 22-1727**

---

SUSAN W. VAUGHAN,

Plaintiff - Appellant,

v.

KATHLYN S. ROMM, an individual; RAY MATUSKO, an individual; COURTNEY HULL, an individual; MEADER W. HARRISS, III, an individual; DEPUTY CLERK DOE, an individual,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of North Carolina, at Elizabeth City.  James C. Dever III, District Judge.  (2:21-cv-00042-D)

---

Submitted:  March 28, 2024                                        Decided:  April 1, 2024

---

Before KING and RUSHING, Circuit Judges, and MOTZ, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Susan W. Vaughan, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Susan W. Vaughan appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Vaughan's 42 U.S.C. §§ 1983, 1985 complaint under 28 U.S.C. § 1915(e)(2)(B).  We have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's judgment. *Vaughan v. Romm*, No. 2:21-cv-00042-D (E.D.N.C. June 27, 2022).  We deny Vaughan's motion to correct errors in her informal brief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*